# CASTELLANI LAW FIRM, LLC

450 Tilton Road, Suite 245
Northfield, New Jersey 08225

DAVID R. CASTELLANI
*Certified by the Supreme Court*
*of New Jersey as a Civil Trial Attorney*

Phone: (609) 641-2288
Fax: (609) 641-2299
*david@castellanilaw.com*
Tax I.D. No.: 20-3743893

March 28, 2018

The Honorable Ann Marie Donio
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
Mitchell H. Cohen U.S. Courthouse
1 John F. Gerry Plaza, 4th & Cooper Streets
Camden, New Jersey 08101
[Via Fax (856-757-5296)]

Re: Zampetis v. City of Atlantic City, et al
NJ District Court Case #: 1:15-cv-01231-NJH-AMD

Dear Judge Donio:

I have received the consent of my adversaries for the extension Plaintiff has requested. Mr. Gelfand has asked that his brief be due consistent with that extension.

Respectfully submitted,
CASTELLANI LAW FIRM, LLC

*/s/ David R. Castellani*

DAVID R. CASTELLANI
/k
Cc: Todd Gelfand, Esquire
Rachel Conte, Esquire
Nicholas Zampetis